CATHERINE FAGARASZ, Appellant, v. FRANK WIEMAN and Others, Respondents. ALEXANDER FAGARASZ, an Infant, etc., Appellant, v. FRANK WIEMAN and Others,

Respondents. JOHN A. MARKY, Appellant, v. FRANK WIEMAN and Others, Respondents. ARTHUR J. MARKY, an Infant, etc., Appellant, v. FRANK WIEMAN and Others, Respondents.— In each case, motion granted and appeal dismissed as against the respondent Frank Wieman. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.